1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROL LORRAINE TUCKER,

                    Plaintiff,

          v.

RICHARD A. JONES,
United District Court Judge, et al.,

                    Defendants.

CASE NO. C20-1852-MJP

ORDER

Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's IFP application is DENIED;

    (3)    Plaintiff's complaint, and this action, are DISMISSED with prejudice; and

    (4)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

\\

\\

\\

ORDER
PAGE - 1

1    DATED this 16th day of February, 2021.

2

3

4    MARSHA J. PECHMAN
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER
PAGE - 2